Michael E. Sullivan, Esq. (SBN 5142)
Barry L. Breslow, Esq. (SBN 3023)
**ROBISON, BELAUSTEGUI, SHARP & LOW**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:   (775) 329-3151
*Attorneys for Defendant*
*WFM NORTHERN NEVADA, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NURTAN DOGAN, individually,

    Plaintiff,

vs.

WFM NORTHERN NEVADA, INC.; and DOES 1-10, inclusive,

    Defendants.

Case:  Case: 3:16-cv-00295-HDM-WGC

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record for Defendant WFM NORTHERN NEVADA, INC., hereby certifies that there are no other unidentified parties who may have an interest in this case.  These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this ____ day of June, 2016

ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503

By: _____
Michael E. Sullivan, Esq.
Barry L. Breslow, Esq.
*Attorneys for Defendant*
*WFM NORTHERN NEVADA, INC.*

j:\wpdata\mes\6977.007 wfm adv. dogan\p-certificate of interested parties.docx

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I caused to be served a true copy of the attached **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** on all parties to this action by the method(s) indicated below:

✓ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

___ personal delivery/hand delivery

___ emailing an attached Adobe Acrobat PDF version of the document to the email addresses below/facsimile (fax) and/or E-Filing pursuant to Section IV of the District of Nevada Electronic Filing Procedures

___ Federal Express/UPS or other overnight delivery

___ Reno Carson Messenger Service

James S. Beasley, Esq.
Law Office of James Shields Beasley
435 Court Street
P.O. Box 2936
Reno, NV 89505
*Attorneys for Plaintiff*

Dated this ___ day of June, 2016.

/s/ _____
Employee of Robison, Belaustegui, Sharp & Low

j:\wpdata\mes\6977.007 wfm adv. dogan\p-certificate of interested parties.docx

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151