**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NURTAN DOGAN, | ) | 3:16-cv-00295-HDM-WGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WFM NORTHERN NEVADA, INC., | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties (ECF No. 29), this action is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: This 24th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE